1  **RIMAC MARTIN**
   *a Professional Corporation*
2  JOSEPH M. RIMAC, ESQ. - SBN 72381
   WILLIAM REILLY, ESQ. - SBN 177550
3  wreilly@rimacmartin.com
   1051 Divisadero Street
4  San Francisco, California 94115
   Telephone:  (415) 561-8440
5  Facsimile:   (415) 561-8430

6  Attorneys for Defendant
   CINERGY HEALTH AND LIFE, INC.
7

*IT IS SO ORDERED*
*Judge James Ware*
3/24/2011

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS, a California corporation,<br><br>           Plaintiff,<br><br>      vs.<br><br>GUARANTEE TRUST LIFE INSURANCE COMPANY, an Illinois corporation; CINERGY HEALTH AND LIFE, INC., a Florida corporation; and DOES 1 through 25, inclusive,<br><br>           Defendants. | Case No. 5:11-cv-01271-JW<br><br>**STIPULATION ENLARGING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT BY 14 DAYS** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that defendant CINERGY HEALTH AND LIFE, INC. may have an additional fourteen (14) days within which to answer or otherwise respond to plaintiff's complaint.  Therefore, the last day for CINERGY HEALTH AND LIFE, INC. to answer or otherwise respond to plaintiff's complaint is April 6, 2011.

   Pursuant to local rules, this document is being electronically filed through the Court's ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has

concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

                   **STEPHENSON, ACQUISTO & COLMAN**

DATED:  March 21, 2011   By: /s/ **ALEKSANDRA M. SAROSIEK**
                   Aleksandra Maria Sarosiek
                   Attorney for Plaintiff
                   STANFORD HOSPITAL AND CLINICS

                   RIMAC MARTIN
                   A Professional Corporation

DATED:  March 21, 2011   By: /s/ **William Reilly**
                   William Reilly
                   Attorneys for Defendant
                   CINERGY HEALTH AND LIFE, INC.