1  Samuel L Phillips, Esq. (SBN 127793)
   BORTON PETRINI, LLP
2  95 South Market Street, Suite 400
   San Jose, CA  95113
3  Telephone (408) 535-0870
   Facsimile (408) 535-0878
4

5  Attorneys for Defendant GUARANTEE TRUST
   LIFE  INSURANCE COMPANY
6

*IT IS SO ORDERED*
*James Ware*
Judge James Ware
3/25/2011

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS, a California corporation,<br><br>            Plaintiff,<br>v.<br><br>GUARANTEE TRUST LIFE INSURANCE COMPANY, an Illinois corporation; CINERGY HEALTH AND LIFE, INC., a Florida corporation; and DOES 1 through 25, inclusive,<br><br>            Defendants, | Case No. CV 11-01271 JW<br><br>**STIPULATION ENLARGING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT BY 14 DAYS** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that defendant GUARANTEE TRUST LIFE INSURANCE COMPANY, an Illinois corporation, may have an additional fourteen (14) days within which to answer or otherwise respond to plaintiff's complaint.  Therefore, the last day for GUARANTEE TRUST LIFE INSURANCE COMPANY, an Illinois corporation, to answer or otherwise respond to plaintiff's is March 29, 2011.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has

1  concurred with the filing of this document; and (3) a record supporting this concurrence is available
2  for inspection or production if so ordered.
3
4            SO STIPULATED.
5  DATED: March ____, 2011          BORTON PETRINI, LLP
6
7                                   By  /s/ SAMUEL L. PHILLIPS
                                       Samuel L. Phillips, Esq., Attorneys for
8                                      Defendant GUARANTEE TRUST LIFE
                                       INSURANCE COMPANY
9
10                                  STEPHENSON, ACQUISTO & COLMAN
11
12 DATED:  March 21, 2011    By    /s/ ALEKSANDRA M. SAROSIEK
                                   Aleksandra Maria Sarosiek
13                                 Attorney for Plaintiff
                                   STANFORD HOSPITAL AND CLINICS
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

H:\55759\65790\PLEADINGS\StipEnlargingTImeDefToRespondComp14Days-9_mtd.wpd

**PROOF OF SERVICE (Code Civ. Proc., §§ 1013a, 2015.5)**

**STANFORD HOSPITAL v. GUARANTEE TRUST**
**U.S. District Court - Northern District Court Case No.: CV 11-01271 JW**

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

    I am employed in the County of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action; my business address is 95 South Market Street, Suite 400, **San Jose**, CA 95113.

    On **March ____, 2011**, I served the foregoing document on the other parties.

**STIPULATION ENLARGING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT BY 14 DAYS**

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at **San Jose**, California addressed as follows:

- ☐ by placing the document(s) listed above in a sealed **Fed Ex** envelope with payment to our account, at **San Jose**, California addressed as follows:

- ☐ by transmitting such document(s) from the **Facsimile Machine** number (408) 535-0878.  I certify that the attached report was generated by facsimile machine (408) 535-0878 and confirms said transmission was completed and that all pages were received.

- ☐ by sending the document(s) listed above **via Electronic Transmission** (e-mail) from bpcsj@bortonpetrini.com to the parties set forth below.

- ☐ I caused to be delivered such envelope(s) by hand to the offices of the addressee(s) by **Personal Service** below:

| | |
|---|---|
| RIMAC MARTIN<br>a Professional Corporation<br>JOSEPH M. RIMAC, ESQ.<br>WILLIAM REILLY, ESQ.<br>1051 Divisadero Street<br>San Francisco, CA  94115 | Attorneys for Defendant CINERGY HEALTH AND LIFE, INC.<br><br>BUS (415) 561-8440<br>FAX (415) 561-8430<br>wreilly@rimacmartin.com |
| Joy Y. Stephenson, Esq.<br>STEPHENSON, ACQUISTO & COLMAN<br>303 N. Glenoaks Boulevard, Suite 700<br>Burbank, CA  91502 | Attorneys for Plaintiff Stanford Hospital & Clinics, a California non-profit public benefit corporation<br>BUS (818) 559-4477<br>FAX (818) 559-5484<br>jstephenson@sacfirmonline.com |

    As follows:  I am "readily familiar" with the Firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at **San Jose**, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\\\

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March \_\_\_\_, 2011**, at **San Jose**, California.

| **DEBBIE LUIZ** | |
|---|---|
| Name | Signature |

H:\55759\65790\PLEADINGS\StipEnlargingTImeDefToRespondComp14Days-9_mtd.wpd