**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS, | CASE NO. 5:11-cv-01271 EJD |
| Plaintiff(s), | **ORDER RE: AMENDED JOINT CASE MANAGEMENT STATEMENT** |
| v. | |
| GUARANTEE TRUST LIFE INSURANCE COMPANY, et. al., | [Docket Item No(s). 44] |
| Defendant(s). | |

In anticipation of the Case Management Conference on June 8, 2012, the parties filed a Joint Case Management Conference Statement ("Joint Statement") on June 1, 2012. See Docket Item No. 44. As part of the Joint Statement, the parties were obligated pursuant to this district's Standing Order to provide "proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial." See Standing Order for All Judges of the Northern Dist. of Cal., at § 17.

In its current form, the Joint Statement submitted by the parties does not comply with the Standing Order. Indeed, under the section entitled "Scheduling," the parties merely listed "To be determined" for each deadline instead of proposing a date. Without being informed of each parties' positions on scheduling in advance, the court cannot be properly prepared for the Case Management Conference.

Accordingly, **no later than 4:00 p.m. on Wednesday, June 6, 2012**, the parties shall file an

1
CASE NO. 5:11-cv-01271 EJD
ORDER RE: AMENDED JOINT CASE MANAGEMENT STATEMENT

Amended Joint Case Management Conference Statement which complies with the Standing Order by, inter alia, proposing actual dates for the required deadlines. If the parties do not agree on deadlines, each parties' respective proposed schedule may be included in the amended statement.

**IT IS SO ORDERED.**

Dated:  June 5, 2012

EDWARD J. DAVILA
United States District Judge