STEPHENSON, ACQUISTO & COLMAN
MELANIE JOY YOUNG, ESQ.      (SBN 113755)
BARRY SULLIVAN, ESQ.         (SBN 136571)
RICHARD A. LOVICH, ESQ.      (SBN 113472)
ALEKSANDRA SAROSIEK, ESQ.    (SBN 258463)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
STANFORD HOSPITAL AND CLINICS, A CALIFORNIA NON-PROFIT PUBLIC BENEFIT CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GUARANTEE TRUST LIFE INSURANCE COMPANY, an Illinois corporation; CINERGY HEALTH AND LIFE, INC., a Florida corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 5:11-cv-01271 EJD<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>Judge:  The Hon. Edward J. Davila<br>Room:   2112 |

7496                                                    1   STIPULATION AND ORDER TO DISMISS
                                                            WITH PREJUDICE

Plaintiff STANFORD HOSPITAL AND CLINICS, by its attorneys Stephenson, Acquisto & Colman, and Defendants, GUARANTEE TRUST LIFE INSURANCE COMPANY, by its attorneys BORTON PETRINI, LLP, and CINERGY HEALTH AND LIFE, INC., by its agent DANIEL TOUIZER, hereby stipulate and agree that:

1. The parties have resolved this case;

2. This case should be dismissed with prejudice pursuant to the terms of a confidential settlement agreement.

Dated: October 3, 2012

STEPHENSON, ACQUISTO & COLMAN

/s/

ALEKSANDRA SAROSIEK
Attorneys for
STANFORD HOSPITAL AND CLINICS,
a California corporation

DATED: October 3, 2012

BORTON PETRINI, LLP

/s/

SAMUEL L. PHILLIPS
Attorneys for Defendant
GUARANTEE TRUST LIFE
INSURANCE COMPANY

1  DATED: October 3, 2012

3                                    CINERGY LIFE AND HEALTH, INC.

4                                                 /s/

6                                    _____
                                     DANIEL TOUIZER
                                     Agent for Defendant
7                                    CINERGY LIFE AND HEALTH, INC.

## ORDER

IT IS SO ORDERED.   The Clerk shall close this file.

DATED this __5th__ day of ____October____, 2012


                                     _[signature]_____
                                     UNITED STATES DISTRICT JUDGE

7496                                    3    STIPULATION AND ORDER TO DISMISS
                                             WITH PREJUDICE

# PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226. On 3 October 2012, I served the foregoing document(s) entitled:

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

by placing a true copy thereof enclosed in a sealed envelope addressed per the attached Service List.

[X] BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); F.R.C.P. 5(b)]

[ ] BY FEDERAL EXPRESS: I caused such envelope(s), with overnight Federal Express Delivery Charges to be paid by this firm, to be deposited with the Federal Express Corporation at a regularly maintained facility on the aforementioned date. [C.C.P. 1013(c) 1013(d)]

[ ] BY PERSONAL SERVICE: I caused the above-stated document(s) to be served by personally delivering a true copy thereof to the individuals identified above. [C.C.P. 1011(a); F.R.C.P. 5(b)]

[ ] BY EXPRESS MAIL: I caused such envelope(s), with postage thereon fully prepaid and addressed to the party(s) shown above, to be deposited in a facility operated by the U.S. Postal Service and regularly maintained for the receipt of Express Mail on the aforementioned date. [C.C.P. 1013(c)]

[ ] BY TELECOPIER: Service was effected on all parties at approximately ___:___ am/pm by transmitting said document(s) from this firm's facsimile machine (818/559-4477) to the facsimile machine number(s) shown above. Transmission to said numbers was successful as evidenced by a Transmission Report produced by the machine indicating the documents had been transmitted completely and without error. C.R.C. 2008(e), Cal. Civ. Proc. Code § 1013(e).

[X]   BY ELECTRONIC SERVICE:   By emailing true and correct copies to the persons at the electronic notification address(es) shown on the accompanying service list.  The document(s) was/were served electronically and the transmission was reported as complete and without error.

[ ]   State:  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   Federal:  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on 3 October 2012 in Burbank, California.

_____
HEATHER COLE

# SERVICE LIST

Samuel Lawrence Phillips
Borton & Petrini, LLP
95 South Market Street, Suite 400
San Jose, CA 95113-2301
Tel: (408) 535-0870
Fax: (408) 535-0878
Email: sphillips@bortonpetrini.com
*Attorneys for Guarantee Trust Life Insurance Company*